UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 8:57 am, May 21, 2020

| | |
|---|---|
| MICHAEL TYRONE ABRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:19-CV-123 |
| ) | |
| ANDREW M. SAUL, ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS CAUSE is before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g).   Upon consideration of the motion, and the grounds urged in support thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner of Social Security.   Following remand, the Commissioner will reevaluate the opinion evidence of record including medical evidence from other governmental agencies; re-assess Plaintiff's residual functional capacity; proceed through the sequential evaluation process as needed and appropriate based on the updated record; take any further action to complete the administrative record and issue a new decision. The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO **ORDERED** this 21st day of May 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA