AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 MAY 28  PM 4: 05

CLERK C. Robinson
SO. DIST. OF GA.

MICHAEL TYRONE ABRAM,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV219-123

ANDREW M. SAUL, Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 21st day of May 2020, granting the Defendant's unopposed Motion to Remand, judgment is hereby entered under sentence four of 42 U.S.C. § 405(g). This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_May 28, 2020_
Date

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk



GAS Rev 10/1/03