FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 12:48 pm, Aug 26, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL TYRONE ABRAM,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

Civil Case No.: **2:19-cv-0123-LGW-BWC**

ORDER

AND NOW this __26__ day of __August__, 2020, it is hereby ORDERED that Plaintiff's Counsel's Petition for Attorney Fees Under the Equal Access to Justice Act (Docket No. 21) is GRANTED and Plaintiff is awarded $9,600.00 in attorney's fees and $400.00 in cost reimbursement to be paid separately from the Judgement Fund. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exits, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s). If debt does not exist, *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

_____
United States District Judge